In the Matter of JOSEPH R. SAHID, Appellant, v 1065 PARK AVE. CORP. et al., Respondents. [32 NYS3d 493]—Appeal from order, Supreme Court, New York County (Nancy M. Bannon, J.), entered March 20, 2015, which denied the motion and dismissed the petition to set aside two elections held on June 4, 2014 by defendant cooperative corporation and direct new elections, unanimously dismissed, without costs.

After the order on appeal was rendered and before the determination on this appeal, the next regularly-scheduled election for the cooperative's board of directors was held, rendering this appeal moot (*see Matter of Paraskevopoulos v Stavropoulos*, 65 AD3d 1153 [2d Dept 2009]; *Matter of Frascati v Irondequoit Nightstick Club, Inc.*, 101 AD3d 1602 [4th Dept 2012]). The exception to the mootness doctrine does not apply here (*id.*; *see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]).

In any event, were we to reach the merits, we would find petitioner's arguments unavailing. Concur—Tom, J.P., Mazzarelli, Manzanet-Daniels, Kapnick and Kahn, JJ.